**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-7128**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EZEL CROMER, a/k/a Man Cromer,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., District
Judge.  (CR-96-768, CA-98-1430-8-13)

—————————

Submitted:  October 8, 1998        Decided:  Octcober 28, 1998

—————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Ezel Cromer, Appellant Pro Se.  Beth Drake, Assistant United States
Attorney, Columbia, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). The district court found that this was a second or successive motion for which Appellant had failed to receive permission from this Court to file. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Cromer, Nos. CR-96-768; CA-98-1430-8-13 (D.S.C. July 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED